UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MEDLIANT INC., | ) |
| | ) |
|     *Plaintiff*, | ) |
| | )   Civil Action No. 1:23–cv–00419 |
| v. | ) |
| | ) |
| ELIAHKIM MABUTE, | ) |
| | ) |
|     *Defendant*. | ) |

## MEDLIANT INC.'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the plaintiff, Medliant Inc. ("Medliant"), discloses the following:

1. Medliant is a Nevada corporation with its principal place of business in Tennessee.

2. Medliant has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

/s/ R. Brandon Bundren
R. Brandon Bundren
Texas Bar No. 24050353
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.244.2582
F: 615.252.6380
bbundren@bradley.com

*Attorney for Medliant Inc.*