UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MEDLIANT INC.,<br><br>        *Plaintiff*,<br><br>v.<br><br>ELIAHKIM MABUTE,<br><br>        *Defendant*. | Civ. Action No.:<br>1:23-cv-00419-MAC |

**[PROPOSED] ORDER GRANTING DEFENDANT ELIAHKIM MABUTE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

On February 20, 2024, Defendant Eliahkim Mabute moved to dismiss Plaintiff Medliant Inc.'s complaint on the grounds of *forum non conveniens* and for failure to state a claim. In the alternative, Defendant moved the Court for a stay pursuant to the principles of comity, in light of a first-filed action involving the same parties filed in Nevada state court and currently pending in the United States District Court for the District of Nevada.

Having considered the motion and documents submitted by the parties, the Court **GRANTS** Defendant's motion and dismiss Medliant's complaint with prejudice.